IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-06-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| KIELAN BRETT FRANKLIN, GERALD ALLEN HILER, *a/k/a Teg*, ARIELLE ROSE COWSER, and MORGAN VICTOR PITSCH, | |
| Defendants. | |

Defendant Kielan Brett Franklin moved to dismiss Count III of the Indictment. Nothing in the motion indicates compliance with L.R. CR 47.1(a).

ORDERED:

Defendant Franklin's Motion to Dismiss Count III of the Indictment[1] is DENIED without prejudice for failure to comply with L.R. CR 47.1(a).

---

[1] Doc. 32.

Defendant Franklin may resubmit the motion in proper form.

DATED this 24th day of September, 2019.

*[signature: Sam E. Haddon]*
SAM E. HADDON
United States District Judge