FILED

10/29/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-06-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| KIELAN BRETT FRANKLIN,<br>GERALD ALLEN HILER, *a/k/a Teg*,<br>ARIELLE ROSE COWSER, and<br>MORGAN VICTOR PITSCH, | |
| Defendants. | |

On October 28, 2019, Defendant Kielan Brett Franklin ("Franklin") filed a

Plea Agreement[1] and a motion to change plea from not guilty to guilty[2] to Counts

II and III of the Indictment.

A hearing on the change of plea motion was set for 9:00 a.m. on October 29,

2019.

---

[1] Doc. 98.

[2] *See* Doc. 96.

Defendant Franklin declined to enter a change of plea to either Count II or Count III at the October 29, 2019, hearing and reentered "not guilty" pleas to both counts.

ORDERED:

1.    The plea agreement of October 28, 2019,[3] is REJECTED and of no further force or effect.

2.    Trial for Defendant Franklin will commence on November 12, 2019, as previously set by the Court's Order of October 9, 2019.[4]

DATED this 29th day of October, 2019.

_Sam G. Haddon_

SAM E. HADDON
United States District Judge

---

[3] *See* Doc. 98.

[4] Doc. 56.