UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CV-19-006-H-SEH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| KEILAN BRETT FRANKLIN, ARIELLE ROSE COWSER, | |
| Defendant. | |

IT IS HEREBY ORDERED that treats, meals and/or lodging be provided for the jurors in the above entitled case.

DATED this 12th day of November, 2019.

*Sam E. Haddon*
Honorable Sam E. Haddon
United States District Judge