IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

FILED
1/10/2020

Clerk, U.S. District Court
District of Montana
Helena Division

| UNITED STATES OF AMERICA, | CR 19-06-H-SEH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| KIELAN BRETT FRANKLIN, GERALD ALLEN HILER, *a/k/a Teg*, ARIELLE ROSE COWSER, and MORGAN VICTOR PITSCH, | |
| Defendants. | |

Upon the record made in open court,

ORDERED:

Defendant Franklin's Motion to Recuse the United States Attorney's Office for the District of Montana from Prosecuting this Case and/or Other Appropriate Relief[1] is DENIED.

DATED this 10th day of January, 2020.

SAM E. HADDON
United States District Judge

---

[1] Doc. 127.