IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

FILED
1/23/2020
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIELAN BRETT FRANKLIN,<br>GERALD ALLEN HILER, a/k/a Teg,<br>ARIELLE ROSE COWSER, and<br>MORGAN VICTOR PITSCH,<br><br>Defendants. | CR 19-06-H-SEH<br><br>ORDER |

Defendant Kielan Brett Franklin ("Franklin") having pleaded guilty to Counts II and III of the Superseding Indictment,[1]

ORDERED:

Defendant Franklin's Motion for Additional Jury Instructions[2] is DENIED as MOOT.

DATED this 23rd day of January, 2020.

SAM E. HADDON
United States District Judge

---

[1] Doc. 134.

[2] Doc. 113.