# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIELAN BRETT FRANKLIN,<br>GERALD ALLEN HILER, *a/k/a Teg*,<br>ARIELLE ROSE COWSER, and<br>MORGAN VICTOR PITSCH,<br><br>Defendants. | CR 19-06-H-SEH<br><br>ORDER |

At the request of United States Probation, the following deadlines for **Defendant Kielan Brett Franklin** are extended as follows:

ORDERED:

1. The probation officer shall disclose the completed report, except for recommendations of the probation officer, to Defendant, counsel for Defendant, and counsel for the government on or before **April 23, 2020**. The probation officer shall not disclose any recommendation made or to be made to the Court.

2. Counsel shall attempt in good faith to resolve disputes over any material in the presentence report. <u>Unresolved objections to be relied upon at sentencing shall be presented to the probation officer on or before</u> **April 30, 2020**. U.S.S.G. § 6A1.2.

All other matters and deadlines in the Court's Order of January 23, 2020[1] remain in full force and effect.

The clerk shall promptly notify counsel and the probation office of the entry of this Order.

DATED this 30th day of March, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[1] Doc. 176.