IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-06-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| KIELAN BRETT FRANKLIN, GERALD ALLEN HILER, *a/k/a Teg*, ARIELLE ROSE COWSER, and MORGAN VICTOR PITSCH, | |
| Defendants. | |

**Defendant Kielan Brett Franklin's** ("Franklin") Unopposed Motion to Seal ECF Documents 251 and 252[1] is GRANTED in PART as follows:

1.  The clerk is directed to Seal Docket Numbers 251 and 252.

2.  Defendant Franklin is directed to refile the motion and brief with the address and phone number redacted.

DATED this 17th day of April, 2020.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[1] Doc. 253.